UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERNEST TIAULI,

        Plaintiff,

v.

MIDLAND FUNDING, LLC; and TRANS UNION, LLC,

        Defendants.

C23-0445 TSZ

ORDER

Plaintiff's counsel having advised the Court that this matter has been resolved, *see* Notices of Settlement (docket nos. 8 and 9), and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 23rd day of May, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 1